**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                        **CRIMINAL ACTION NO. 3:07CR23**

**RODERICK DEBRELL JENKINS**

## ORDER

This cause is before the Court on a Motion for Continuance [11] by defendant Jenkins. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for March 26, 2007. Defense counsel represents in the motion that his trial obligations in other state court cases, as well as additional obligations in both state and federal actions, prevent him from preparing effectively for the scheduled trial of this cause. This is defendant's first motion for a continuance. The Court is advised that the government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from March 26, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given defense counsel's trial schedule in other matters, a continuance is required under the Local Rules in order to permit defense counsel an adequate opportunity to confer with defendant and to prepare for trial. Therefore, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [11] is GRANTED;

2. That the trial of this matter is continued until Monday, April 23, 2007 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from March 26, 2007 until April 23, 2007 is excluded as set out above;

4. That the deadline for filing pretrial motions is April 2, 2007;

5. That the deadline for submitting a plea agreement is April 9, 2007.

SO ORDERED, this the 7th day of March, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE